UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCKYMOGO TECHNOLOGY LIMITED, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 24-cv-7987 <br><br> **Judge Matthew F. Kennelley** <br><br> **Magistrate M. David Weisman** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| Defendant Seller Alias | DOE No. |
|---|---|
| A2NDLIGB10AXZ9 | 16 |
| A9G8KQNXAQG19 | 24 |
| A9RRC20UY63JR | 25 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: October 17, 2024            Respectfully submitted,

                                       /s/ Shengmao Mu
                                       Keaton Smith ARDC 6347736
                                       Shengmao (Sam) Mu, NY #5707021
                                       Abby Neu ARDC 6327370
                                       **WHITEWOOD LAW LLC**
                                       57 West, 57th Street 3rd and 4th Floors
                                       New York, NY, 10019
                                       Tel: (917) 858-8018
                                       Email: smu@whitewoodlaw.com

                                       *Counsel for Plaintiff*